**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHAEL NORIEGA,

    Plaintiff,

v.                                                                 Case No. 8:26-cv-620-TPB-LSG

STATE ATTORNEY ASHLEY
MOODY, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and

recommendation of Lindsay S. Griffin, United States Magistrate Judge, entered on

May 4, 2026. (Doc. 12).   Judge Griffin recommends that the second amended

complaint (Doc. 11) be dismissed without leave to amend and that the motion to

proceed *in forma pauperis* (Doc. 8) be denied.   No objection to the report and

recommendation has been filed, and the time to object has expired.

After conducting a careful and complete review of the findings and

recommendations, a district judge may accept, reject, or modify the magistrate

judge's report and recommendation.   28 U.S.C. § 636(b)(1); *Camby v. Davis,* 718

F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir.

1982).   A district court must "make a de novo determination of those portions of the

[report and recommendation] to which an objection is made."   28 U.S.C. §

636(b)(1)(C).   When no objection is filed, a court reviews the report and

recommendation for clear error.   *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Griffin's well-reasoned report and recommendation, the Court adopts the report and recommendation in full.   Consequently, the second amended complaint is dismissed and the motion to proceed *in forma pauperis* is denied.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   Judge Griffin's report and recommendation (Doc. 12) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)   Plaintiff's motion to proceed in forma pauperis (Doc. 8) is **DENIED**.

(3)   The second amended complaint (Doc. 11) is dismissed without leave to amend. The Clerk is directed to terminate any pending motions and close the case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>17th</u> day of June, 2026.

_____

TOM BARBER
UNITED STATES DISTRICT JUDGE